No. 94–352. S. W. S. ERECTORS, INC., DBA SOUTHWEST SIGNS *v.* TRIANGLE SIGN & SERVICE, INC. C. A. 5th Cir. Certiorari denied.

No. 94–354. KRALMAN *v.* ILLINOIS DEPARTMENT OF VETERANS' AFFAIRS. C. A. 7th Cir. Certiorari denied.

No. 94–359. CARTER *v.* HARRY LEE CARTER ESTATE MANAGEMENT TRUST ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 94–360. HOSOYA FIREWORKS CO., LTD. *v.* BARONE ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–361. BYBEE *v.* PROCTOR COMMUNITY HOSPITAL. C. A. 7th Cir. Certiorari denied.

No. 94–369. KAYANI *v.* FIELDS ET AL. Sup. Ct. Va. Certiorari denied.

No. 94–389. CLOSTERMANN *v.* JOHNSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–448. INVEX HOLDINGS, N. V. *v.* EQUITABLE LIFE INSURANCE COMPANY OF IOWA. C. A. 7th Cir. Certiorari denied.

No. 94–452. ROSCOE *v.* CITY OF ALBUQUERQUE ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5040. WILSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5148. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5171. GLOVER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5271. FLETCHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5279. LEE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.